# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BILLY MACK NICHOLS, Jr.**                                            **PLAINTIFF**
**ADC #92713**

v.                  Case No. 5:17-cv-00034-KGB/PSH

**SONYA PEPPERS-DAVIS,** *et al.*                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Billy Mack Nichols' claims against defendants Sonya Anissa Peppers-Davis, Patrick Drummond, Estella Bland, Jasmine Saih, Ava Green-McDowell, Marvin Hughey, Belinda Kay Jackson, Correct Care Solution a/k/a Correctional Medical Services, Nurse Novak and Nurse Erica Johnson are hereby dismissed without prejudice.

So adjudged this the 31st day of March, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE